

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00202-CR

_____

SHANE HANKINS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th Judicial District Court
Hopkins County, Texas
Trial Court No. 0417805

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Shane Hankins appeals from the revocation of his community supervision for the underlying offense of possession of marihuana in an amount of five pounds or less but more than four ounces. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.121(b)(3) (Vernon 2003). The trial court modified the terms of Hankins' community supervision,[1] requiring that he finish his state jail service, attend and complete a Substance Abuse Felony Program, and remain on community supervision for ten years.

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Hankins v. State*, cause number 06-07-00201-CR, we affirm the judgment of the trial court.

Jack Carter
Justice

Date Submitted: August 27, 2008
Date Decided: September 5, 2008

Do Not Publish

---

[1]In a companion appeal, cause number 06-07-00201-CR, also before this Court, Hankins appeals the adjudication of his guilt for possession of a controlled substance. In that case, Hankins was adjudicated guilty and sentenced to two years' confinement in a state jail facility.